IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

WALTER EUGENE McCLURE,

       Plaintiff,                    CASE NO. 2:12-cv-14468-RHC-LJM

vs.

AETNA LIFE INSURANCE COMPANY,

       Defendant.

**ORDER**

Based upon the stipulation of the parties;

    IT IS HEREBY ORDERED THAT Defendant is granted an extension until and including November 6, 2012 to respond to Plaintiff's Complaint.

    Dated this 23rd day of October, 2012.

BY THE COURT:

s/Robert H. Cleland

United States District Judge